IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| XIE LAW OFFICES, LLC, and GEORGIA REGIONAL CENTER, LLC, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-17-3566 |
| NGUYEN & CHEN, L.L.P., and FAN CHEN, | § § § | |
| Defendants. | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 16) dated June 28, 2018,[1] the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this __18th__ day of July, 2018.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

---

[1] The parties filed no objections to the Memorandum and Recommendation.