United States District Court
Southern District of Texas
**ENTERED**
May 13, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

XIE LAW OFFICES, LLC, and GEORGIA REGIONAL CENTER, LLC, §

Plaintiffs, §

v. § CIVIL ACTION NO. H-17-3566

NGUYEN & CHEN, L.L.P., and FAN CHEN, §

Defendants. §

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

Having reviewed the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 23) dated April 5, 2019, and the objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas, this 10th day of May, 2019.

SIM LAKE
UNITED STATES DISTRICT JUDGE